JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
ANDOLYN JOHNSON
Nevada Bar No. 14723
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:22-cr-00051-MMD-CSD |
| Plaintiff, | CRIMINAL INDICTMENT |
| vs. | VIOLATIONS: |
| LATONIA SMITH, | 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5) – Cyberstalking |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

COUNT ONE
Cyberstalking
(18 U.S.C. §§ 2261A(2)(B), 2261(b)(5))

Beginning on or about June 8, 2022, and continuing up to and including on or about June 30, 2022, in the State and Federal District of Nevada,

LATONIA SMITH,

defendant herein, with the intent to harass and intimidate Victim G.N., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct, described below, that caused, attempted to cause, and would

1

reasonably be expected to cause substantial emotional distress to Victim G.N., in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT TWO
Cyberstalking
(18 U.S.C. §§ 2261A(2)(B), 2261(b)(5))

Beginning on or about June 8, 2022, and continuing up to and including on or about June 30, 2022, in the State and Federal District of Nevada,

**LATONIA SMITH,**

defendant herein, with the intent to harass and intimidate Victim N.B., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct, described below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim N.B., in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

## COUNT THREE
Cyberstalking
(18 U.S.C. §§ 2261A(2)(B), 2261(b)(5))

Beginning on or about June 8, 2022, and continuing up to and including on or about June 30, 2022, in the State and Federal District of Nevada,

**LATONIA SMITH,**

defendant herein, with the intent to harass and intimidate Victim R.B., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct, described below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim R.B., in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

### COUNT FOUR
Cyberstalking
(18 U.S.C. §§ 2261A(2)(B), 2261(b)(5))

Beginning on or about June 8, 2022, and continuing up to and including on or about June 30, 2022, in the State and Federal District of Nevada,

LATONIA SMITH,

defendant herein, with the intent to harass and intimidate Victim J.D., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct, described below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim J.D., in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

### COUNT FIVE
Cyberstalking
(18 U.S.C. §§ 2261A(2)(B), 2261(b)(5))

Beginning on or about June 8, 2022, and continuing up to and including on or about June 30, 2022, in the State and Federal District of Nevada,

LATONIA SMITH,

defendant herein, with the intent to harass and intimidate Victim S.M., used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct, described below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim S.M., in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

**Course of Conduct**

Defendant Smith's course of conduct included the following:

1. On April 29, 2021, Smith was convicted in the District of Nevada on five counts of Mailing Threatening Communications in violation of 18 U.S.C. § 876(c), in case no. 2:19-cr-00304-001. The evidence at trial proved that the defendant Smith threatened employees of Caesars Entertainment and attorneys representing Caesars Entertainment. She was released from prison for that conviction on June 3, 2022, under the supervision of the U.S. Probation Office for a term of three years of supervised release. The Victims R.B., S.M., J.D., and G.N. were or are assigned in their official capacities to case no. 2:19-cr-00304-001. Victim N.B. is the spouse of R.B.

2. Defendant Smith also has pending charges by the State of Nevada in a related case for assault with a deadly weapon and burglary involving a deadly weapon. It is alleged that on October 31, 2019, Smith entered the residence of one of the attorneys representing Caesars Entertainment, where the defendant Smith physically assaulted the attorney with what is believed to be a replica Glock .45 BB-gun.

3. On or about June 8, 2022, defendant Smith emailed Victim N.B., "had to go to jail because of decisions your husband made during my trial and the corrupt justice system for minorities which obviously ruined my entire life/everything I've worked for and which I am obviously very bitter about. . . ."

4. On or about June 23, 2022, defendant Smith emailed Victim S.M., "You get what you f* deserve," followed by an email that stated, "You people in this state will all suffer when the day comes--society, judges, police, attorneys. The whole system. People will know why their families were taken and broken into little pieces. Mercy to those that escape that fate."

5. On or about June 23, 2022, defendant Smith emailed Victim S.M., "Some good advice: Life is short, society should be careful who they piss off." Defendant Smith included in the email a YouTube link to a compilation of cell phone videos of the October 1 mass shooting in Las Vegas, NV.

6. On or about June 25, 2022, defendant Smith emailed the courtroom administrator for Victim G.N., "I just wanted to give a friendly notice for you and your colleagues: YOU ALL FUCKED UP AND MADE THE WRONG CHESS MOVE." Defendant Smith then listed G.N. and several of G.N.'s colleagues by name. Defendant Smith concluded the email by stating, "LET THE SHOW BEGIN. NEVADA IS GOING TO LOVE THIS!!!!"

7. On or about June 25, 2022, defendant Smith emailed the courtroom administrator for Victim R.B., "I don't know why [R.B.] transferred me to [J.D.]. However, tell him I said hello! I got to talk to his wife-[N.B.]. Nice kids-[O.B., Z.B., K.B.] I let his wife know I hope we can have an honest conversation one day about his decisions and injustices." In the email, defendant Smith listed Victims R.B.'s and N.B's children by their first names.

8. On or about June 25, 2022, defendant Smith sent N.B. an email again listing N.B. and R.B's childrens' first and last names, as well as references to their activities and interests, followed by the statement, "LET'S KEEP THEM IN FOCUS." Defendant Smith stated in the email, "I saw that his mother [*redacted*] passed. Good Dad. His brother is pretty successful too (software engineering is it?!..nice)." Defendant Smith further stated, "I think [R.B.] would remember that he let prosecutors use my email to a mental health provider at trial knowing it would aid them in conviction, which is against the law by the way. But who cares

about laws anymore right?! Judges are above the law!!!! He also appointed me a federal public defender knowing she was ineffective. Failed to file a suppression motion after police raided my home without warrants. But I believe she was instructed not to by your corrupt husband." Defendant Smith further stated, "Well what they don't know is that they ruined the WRONG life and this won't age very well for Nevada. So [N.B.], you seem like an intelligent woman. PhD-Yale. How do we address this? I don't think [R.B.] would want such an injustice as this (or any injustice) to happen to his kids now would he? Beautiful family. Again tell [R.B.] I said hello!!!!"

9. On or about June 25, 2022, defendant Smith emailed the courtroom administrator for Victim J.D., "I don't know why [R.B.] transferred me to [J.D.] because [R.B.] and I have a lot of history and we still have quite a bit to discuss concerning injustices and his decision making. Anyway Please tell [J.D.] to put her picture on the website like [R.B.]. Thank you."

10. On or about June 26, 2022, defendant Smith emailed the courtroom administrator for Victim J.D., "Tell [J.D.], Henderson is nice I see why she chose that area. Lots of shops nearby. Smart. I have nothing against her as of now. It's the rest of her corrupt colleagues that I told [*redacted*] about (that's [G.N.'s] assistant; I know they all talk because they've all been illegally conspiring on this case from the very beginning with the exception of [R.B.]..he's newly added)" Defendant Smith then listed Victims G.N. and R.B. by name, along with several of their colleagues. Defendant Smith then listed J.D.'s husband by name along with other background information on J.D. Defendant Smith then stated, "I hate judges but so far [J.D.] is pretty nice . . . However she is nice right now and I

hope she never has to end up on the other side with the rest of them because well they're not in a good place and it's not them that will pay for their corrupt actions so to speak, but society and they'll have to watch."

11. On or about June 26, 2022, defendant Smith emailed S.M., "I have not broken any laws and nothing in my supervision provisions says I can't email." . . . "Plus if I was going to do anything, none of you would be able to do anything because you wouldn't know anything before it's too late and I'd kill myself so."

12. On or about June 26, 2022, defendant Smith sent an email to G.N.'s courtroom deputy stating, "And when the day comes and the mission has been completed [G.N.] I'll be dying that day."

13. On or about June 30, 2022, defendant Smith emailed Victim S.M., "I believe the guys told me that I couldn't email public officials but I wanted to tell [J.D] it's such a small world I know her daughter [K.P.] . . . Just interesting small world. . . I've realized something Broken systems [S.M.] broken systems [S.M.] is why Americans die."

DATED: this 28TH day of July, 2022.

**A TRUE BILL:**

/s/
_____
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

ANDOLYN JOHNSON
Assistant United States Attorney